AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

RECEIVED MAY 0 1 2023 US MARSHALS SERVICE

FILED - USDC -NH 2023 MAY 4 PM 3:14

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| DALE STEWART | ) | Case No. 1:23-MJ- 84-01-DL |
| | ) | |
| | ) | |
| | ) | |
| Defendant | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   DALE STEWART                                                                                       ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Count 1: 26 U.S.C. § 5861(d) - Possession of an Unregistered Firearm

Count 2: 26 U.S.C. § 5861(i) - Possession of a Firearm Unidentified by a Serial Number

Date: 4/28/2023

*Issuing officer's signature*

City and state:   Concord, New Hampshire            Hon. Daniel J. Lynch, U.S. Magistrate Judge
*Printed name and title*

**Return**

This warrant was received on *(date)* April 28, 2023, and the person was arrested on *(date)* May 03, 2023
at *(city and state)* Manchester NH

Date: May 03, 2023

*Arresting officer's signature*

T. Sean Hoover   Special Agent
*Printed name and title*