THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | Case No. 1:23-mj-00084-01-DL |
| DALE STEWART | ) ) ) | |

### APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Dale Stewart.

Date:  May 11, 2023                             /s/   Charles J. Keefe_____
**Signature**

 Charles J. Keefe                    14209__
**Print Name**                **Bar Number**

 378 Main Street_____
**Address**

 Nashua, New Hampshire         03060____
**City/State**                 **Zip Code**

 (603) 595-0007      keefe@wbdklaw.com
**Phone Number**    **Email Address**

### CERTIFICATE OF SERVICE

I hereby certify that this Appearance was served on the following persons on this date and in the manner specified herein:

Electronically Served Through ECF:  Cesar A. Vega, AUSA;  Eric Wolpin, Esq.

Date:   May 11, 2023                              /s/   Charles J. Keefe_____
**Signature**