IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ] | |
| | ] | |
| v. | ] | Cr. No. 1:23-mj-00084-01-DL |
| | ] | |
| DALE STEWART | ] | |

## ASSENTED-TO MOTION TO WITHDRAW AS COUNSEL

Now comes Eric Wolpin, Assistant Federal Defender, respectfully moving to withdraw as counsel for defendant Dale Stewart. Grounds follow.

Private counsel, Charles J. Keefe, Esquire, has filed his appearance in this matter, so present counsel's services are no longer needed.

Counsel for the government (Cesar Vega, AUSA) assents to this motion.

No separate memorandum of law is filed as all arguments and authorities are included herein.

Wherefore, counsel respectfully requests that he be permitted to withdraw as counsel and for such other relief as may be deemed just.

Respectfully submitted,

Dated: May 11, 2023

*/s/ Eric Wolpin*
Eric Wolpin
N.H. Bar #18372
Assistant Federal Public Defender
Eric_Wolpin @fd.org