THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 1:23-mj-00084-DL-1 |
| ) | |
| DALE STEWART, JR. ) | |

### MOTION TO WITHDRAW

NOW COMES Charles J. Keefe, Esq., and requests that this Honorable Court grant counsel's withdrawal from this matter.  In support thereof, counsel states as follows:

1. On May 11, 2023, the undersigned counsel filed an Appearance on behalf of the Defendant, Dale Stewart.

2. The Defendant has retained new counsel to represent him who has filed an Appearance.

3. Due to this, the undersigned counsel seeks to withdraw from this matter.

WHEREFORE, counsel requests that this Honorable Court:

A	Grant this Motion to Withdraw; and

B.	Grant such other relief as the Court deems just.

Respectfully submitted,

Date:  May 31, 2023

 /s/  Charles J. Keefe_____
Charles J. Keefe, N.H. Bar No.: 14209
Wilson, Bush & Keefe, P.C.
378 Main Street
Nashua, New Hampshire 03060
(603) 595-0007
keefe@wbdklaw.com

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing Motion to Withdraw was this day forwarded to Mr. Dale Stewart c/o Hillsborough County House of Corrections, and was this day served upon AUSA Cesar A. Vega, Esq., and upon Wade Harwood, Esq., through the electronic case filing system.

Date:  May 31, 2023    /s/  Charles J. Keefe_____
                                                                                  Charles J. Keefe