THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) Case No. 1:23-mj-00084-DL-1 |
| DALE STEWART, JR. | ) |

## **WITHDRAWAL**

Kindly withdraw my Appearance as counsel for the Defendant, Dale Stewart, Jr.

Dated:  May 31, 2023                                                       /s/  Charles J. Keefe
                                                                                         Charles J. Keefe
                                                                                         Wilson, Bush & Keefe, P.C.
                                                                                         378 Main Street
                                                                                         Nashua, New Hampshire 03060
                                                                                         (603) 595-0007
                                                                                         keefe@wbdklaw.com
                                                                                         N.H. Bar No.:  14209

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Withdrawal was this date forwarded through ECF to AUSA Cesar Vega, Esq., to Wade Harwood, Esquire, and a copy has been this day mailed to Mr. Dale Stewart, Jr.

Dated:  May 31, 2023                                                       /s/  Charles J. Keefe
                                                                                         Charles J. Keefe