# United States District Court

## DISTRICT OF NEW HAMPSHIRE

**United States of America**
**v.**
**Dale Stewart**
**CASE NUMBER: 1:23-mj-00084-DL-1**

### WAIVER OF SPEEDY TRIAL/SPEEDY INDICTMENT

*NOW COMES* the Defendant, DALE STEWART, by and through counsel, and hereby requests this Honorable Court to accept this Waiver of Speedy Trial, regarding the above-captioned matter.

The following is stated in support of this Waiver:

1. I, DALE STEWART, am a Defendant in the above-captioned matter.

2. I am aware that an Assented to Motion to Extend Indictment Deadline Pursuant to 18 U.S.C. §3161(h)(7)(A) has been filed, requesting the deadline to indict be extended to on or about August 4, 2023 as well as to exclude the time period from the initial appearance through on or about August 4, 2023.

3. I have reviewed my speedy trial right with my attorney, Wade Harwood.

4. I am knowingly, intelligently, and voluntarily waiving my right to a speedy trial to the extent necessary for the Indictment Deadline to be Extended to August 4, 2023.

_____
Dale Stewart